AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BUTERA & ANDREWS )
        Plaintiff(s) )   **APPEARANCE**
 )
 )
        vs. )   CASE NUMBER   1:06CV00647 (RBW)
INTERNATIONAL BUSINESS MACHINES )
CORPORATION, et al. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Geoffrey S. Irwin   as counsel in this
        (Attorney's Name)

case for:   INTERNATIONAL BUSINESS MACHINES CORPORATION
        (Name of party or parties)

May 1, 2006
Date

*[signature]*
Signature

DC #465754
BAR IDENTIFICATION

Geoffrey S. Irwin
Print Name

51 Louisiana Avenue, NW
Address

Washington   DC   20001-2113
City    State    Zip Code

202-879-3768
Phone Number