AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BUTERA & ANDREWS )
        Plaintiff(s) )  **APPEARANCE**
)
)
        vs. )  CASE NUMBER    1:06CV00647 (RBW)
INTERNATIONAL BUSINESS MACHINES )
CORPORATION, et al. )
        Defendant(s) )


To the Clerk of this court and all parties of record:

Please enter the appearance of __Mary Ellen Powers__ as counsel in this
                            (Attorney's Name)

case for: __INTERNATIONAL BUSINESS MACHINES CORPORATION__
                      (Name of party or parties)


May 1, 2006
Date

                            */s/ Mary Ellen Powers*
                            Signature

                            Mary Ellen Powers
DC #334045                     Print Name
BAR IDENTIFICATION
                            51 Louisiana Avenue, NW
                            Address

                            Washington  DC  20001-2113
                            City         State         Zip Code

                            202-879-3870
                            Phone Number