UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTERA & ANDREWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>New Orchard Road<br>Armonk, NY  10504,<br><br>*et al*.,<br><br>　　　　Defendants. | Case No. 1:06CV00647 (RBW) |

**DEFENDANT IBM'S CONSENT MOTION FOR EXTENSION
OF TIME FOR RESPONDING TO PLAINTIFF'S COMPLAINT**

　　　　Defendant International Business Machines Corporation ("IBM"), having first conferred with Plaintiff and reached agreement on a thirty day extension for its response to Plaintiff's complaint, hereby moves this Court for an Order setting June 2, 2006, as the date on or before which IBM must either answer or move to dismiss the complaint.

　　　　In support of its Motion, IBM states as follows.

　　　　1.　　Upon receipt of the complaint, IBM promptly retained outside counsel, who is working diligently to learn and understand the dispute and its subject matter.

　　　　2.　　IBM and its counsel require additional time to study some of the technical issues that are raised in Plaintiff's complaint so that it may properly respond.

　　　　3.　　IBM has not requested any prior extensions from the Court.

4.	There are no other previously scheduled deadlines that would be effected by granting this Motion.

5.	Counsel for Plaintiff has seen a copy of this motion and consents to it.

WHEREFORE, IBM requests that this Court enter an Order granting its Motion for Extension of Time for Responding to Plaintiff's Complaint and setting June 2, 2006 as its response date. Should IBM file a motion to dismiss the complaint on or before this date, the parties propose that Plaintiff file its opposition on or before June 16, 2006, and IBM file its reply on or before June 28, 2006.

Date:   May 1, 2006						Respectfully submitted,


							  */s/ Mary Ellen Powers*
							Mary Ellen Powers (DC Bar #334045)
							Geoffrey S. Irwin (DC Bar #465754)
							JONES DAY
							51 Louisiana Avenue, NW
							Washington, DC  20001
							(202) 879-3939 (phone)
							(202) 626-1700 (fax)

							*Counsel for Defendant IBM*