UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTERA & ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00647 (RBW) |
| ) | |
| INTERNATIONAL BUSINESS MACHINES ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT IBM'S CONSENT MOTION FOR EXTENSION OF TIME FOR RESPONDING TO PLAINTIFF'S COMPLAINT**

Having considered Defendant International Business Machines Corporation's ("IBM") Consent Motion for Extension of Time for Responding to Plaintiff's Complaint and having been advised of its premises, it is hereby ORDERED that IBM's Motion is GRANTED and IBM shall either answer Plaintiff's complaint or move for its dismissal on or before June 2, 2006. If IBM moves to dismiss the complaint, Plaintiff shall have until June 16, 2006 to file its opposition, and IBM shall have until June 28, 2006 to file its reply.

So ORDERED this ____ day of _____, 2006.

_____
Hon. Reggie B. Walton
United States District Judge