UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTERA & ANDREWS, )<br>  )<br>       Plaintiff, )<br>  )<br>v. )<br>  )<br>INTERNATIONAL BUSINESS MACHINES )<br>CORPORATION, *et al.*, )<br>  )<br>       Defendants. )<br>_____) | Case No. 1:06CV00647 (RBW) |

## CERTIFICATE UNDER LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for Defendant International Business Machines Corporation ("IBM"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of IBM (other than IBM itself), which have any outstanding securities in the hands of the public. IBM does have investments in other, unrelated companies that have issued publicly-traded securities, but there is only one such company in which IBM owns more than 10% of the outstanding common stock, Nippon Office Systems, Ltd.

I further state that I am aware of no parent or publicly-held corporations that own 10% or more of IBM's publicly-traded securities.

These representations are made in order that judges of this court may determine the need for recusal.

Date:  May 1, 2006                                     Respectfully submitted,


                                                     */s/ Mary Ellen Powers*
Mary Ellen Powers (DC Bar #334045)
Geoffrey S. Irwin (DC Bar #465754)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
(202) 879-3939 (phone)
(202) 626-1700 (fax)

*Counsel for Defendant IBM*

- 2 -