UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTERA & ANDREWS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>INTERNATIONAL BUSINESS MACHINES  )<br>CORPORATION, *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Case No. 1:06CV00647 (RBW) |

**[PROPOSED] ORDER GRANTING DEFENDANT IBM'S MOTION TO DISMISS**

Having considered defendant International Business Machines Corporation's ("IBM") Motion to Dismiss for Failure to State a Claim and Memorandum of Law in support thereof, plaintiff's Opposition, and IBM's Reply, and having been advised of its premises, it is hereby ORDERED that IBM's Motion is GRANTED and that plaintiff's complaint is DISMISSED WITH PREJUDICE.

So ORDERED this ____ day of _____, 2006.

_____
Hon. Reggie B. Walton
United States District Judge