UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
BUTERA & ANDREWS, )
)
      Plaintiff, )
)
      v. )    Case No. 1:06CV00647 (RBW)
)
INTERNATIONAL BUSINESS MACHINES )
CORPORATION, *et al.*, )
)
)
)
      Defendants. )
_____)

**DEFENDANT IBM'S CONSENT MOTION FOR EXTENSION OF TIME FOR RESPONDING TO PLAINTIFF'S CROSS MOTION FOR LIMITED EXPEDITED DISCOVERY AND REPLYING IN SUPPORT OF ITS MOTION TO DISMISS**

    Defendant International Business Machines Corporation ("IBM"), having first conferred with Plaintiff and reached agreement on a three day extension for its response to Plaintiff's Cross Motion for Limited Expedited Discovery and its reply in support of its Motion to Dismiss, hereby moves this Court for an Order setting Friday, June 30, 2006, as the date on or before which IBM must file both pleadings.[1]

    In support of its Motion, IBM states as follows:

    1.    Due to the recent rain storms and flooding in parts of Washington, DC and its surrounding areas, counsel for IBM have both suffered personal hardship requiring absence from work.

---

[1] In its opposition to IBM's Motion to Dismiss, Plaintiff purportedly cross-moved on certain discovery matters. IBM's response to Plaintiff's cross motion is due today, June 27, 2006, and its reply in support of its Motion to Dismiss is due tomorrow, June 28, 2006. IBM intends to file a consolidated brief on both motions, which it seeks leave to file on Friday, June 30, 2006.

     2.     Counsel is aware of the Court's local rule requiring the filing a motion of this type at least four business days prior to the deadline at issue; however, the aforementioned exigency did not exist at that time.

     3.     IBM has requested and obtained one prior extension from the Court so that it might consider and respond to the complaint appropriately.

     4.     There are no other previously scheduled deadlines that would be effected by granting this Motion.

     5.     Counsel for Plaintiff has seen a copy of this motion and consents to it.

WHEREFORE, IBM requests that this Court enter an Order granting its Motion for Extension of Time for responding to Plaintiff's Cross Motion for Limited Expedited Discovery and replying in support of its Motion to Dismiss and setting June 30, 2006 as its response date.

Date: June 27, 2006　　　　　　　　　　　　　Respectfully submitted,

                                                */s/ Mary Ellen Powers*
Mary Ellen Powers (DC Bar #334045)
Geoffrey S. Irwin (DC Bar #465754)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
(202) 879-3939 (phone)
(202) 626-1700 (fax)

*Counsel for Defendant IBM*