UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTERA & ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00647 (RBW) |
| ) | |
| INTERNATIONAL BUSINESS MACHINES ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT IBM'S CONSENT MOTION FOR EXTENSION OF TIME FOR RESPONDING TO PLAINTIFF'S CROSS MOTION FOR LIMITED EXPEDITED DISCOVERY AND <u>REPLYING IN SUPPORT OF ITS MOTION TO DISMISS</u>**

Having considered Defendant International Business Machines Corporation's ("IBM") Consent Motion for Extension of Time for Responding to Plaintiff's Cross Motion for Limited Expedited Discovery and Replying in Support of its Motion to Dismiss and having been advised of its premises, it is hereby ORDERED that IBM's Motion is GRANTED and IBM shall file its brief on or before June 30, 2006.

So ORDERED this ____ day of _____, 2006.

_____
Hon. Reggie B. Walton
United States District Judge