# EXHIBIT C



# NETWORKWORLD

**RESEARCH CENTER:**
## Wide Area Network

Search / DocFin(
Advanced search

| HOME | Carriers | Frame Relay | MPLS | Metro Ethernet | Wireless Svcs. | Broadband | Telecom Equipme |

NetworkWorld.com > Resource Links: Encyclopedia: R

**RESEARCH CENTERS**
- Applications
- Convergence / VoIP
- LANs / Routers
- Network Management
- Network Storage
- Operating Systems
- Security
- Servers / Data Center
- Small / Med. Business
- **Wide Area Network**
- Wireless / Mobile

**NEWS**

**EVENTS**

**VENDOR SOLUTIONS**
- White Papers
- Special Reports
- Webcasts
- Partner Sites
  - Enterprise Server
  - Evolving Data Center
  - Secure Routing
  - Enterprise Solutions
  - ProCurve Networking

**SITE RESOURCES**
- Product Tests
- Buyer's Guides NEW
- Video Library
- Demo.com
- Careers
- Newsletters
- This Week in Print
- Opinions
- Blogs

## Route control

The Internet was not designed for performance, and Internet connectivity costs vary widely. The nature of the peering relationships among ISPs and the main Internet routing protocol, Border Gateway Protocol, are at the core of the challenge of improving the Internet's reliability and cost effectiveness.

Advertisement:



Route control is a category of products and services that addresses these fundamental Internet performance and cost barriers for organizations that have multiple ISP connections. Route control requires the addition of a route control device, or platform, running route control software, alongside the organization's Internet-facing routers, plus the installation of management software.

Getting started with route control products is fairly straightforward. It typically involves a hardware device installed on premises and, in some cases, a dedicated connection to the vendor's network operations center to send and receive Internet performance data.

The device usually sits out of the flow of data, peering with the edge routers using standard BGP. Once the hardware is installed, the company sets preferences for cost and performance. The route control product then can optimize the company's ISP connectivity. Reporting lets the organization tweak its preferences to obtain the ideal blend of cost and performance.

*From Route control picks most effective ISP, Network World Tech Update, 11/19/01.*

**Today's 10 r**
1. How to de
2. Nortel CT(
3. The 2006
4. Security B
5. Symantec
6. 10 cutting-
7. How one s source
8. Cisco may
9. User pres:  program
10. Achievin(

**WAN VENDOR SOI**

Application without Add Infrastructui Expenses
- Akamai Tec

Managed Se Application and How to Performanc( Complexity Your Total C Ownership
- Netli

Optimize yo save cash, a your life: Ca from the rea
- Riverbed

Is Your Netv for the Broa Revolution?
- Meriton

**EXECUTIVE (**

Network World 
Executive Guide:

**Stopping S**

Encyclopedia
Forums
RSS Feeds
Special Issues
Network Life

ABOUT US

NW SUBSCRIPTION

Special Issues

Signature Series



NW200



Enterprise All-Star Watch for the '06 All-Stars, to be showcased in our Sept. 25 winners' issue

New Data Center



Managing the New Data Center NEW

Spotlight on Storage & Business Continuity



Two approaches to smart routing
Route Science uses one-pixel GIFs to measure network latency.

❶ When user user requests Web page, smart routing appliance sends GIFl file to measure performance of alll ISPs.

❷ Appliance analyzes network statistics and selects the best route, not necessarily the shortest route.



netVMG monitors actual Web traffic to determine best route.

❶ Data collectors monitor traffic for packet loss, latency and jitter.

❷ Data collectors send information to management device which routes traffic based on policies. Low priority applications can be sent along lowes cost routes, high priority traffic could get special routing along fastest route, regardless f cost.

Additional resources

Intelligent route control improves BGP
Network World Tech Update, 2/11/02.

Bringing home the gold with route control
How it will help service providers. The Bleeding Edge, 3/4/02.

The alchemy of route control
Why it might be worth a look. Network World editorial, 6/3/02.

Breaking news: Route control
The latest news on the technology and vendors from Network World Fusion.

### Add a comment

**NOTE:** Comments are reviewed by an editor before being posted.

Your rating of this resource (with 5 the best)
⊙ 1  ⊙ 2  ⊙ 3  ⊙ 4  ⊙ 5

Stopping Spy Priority
Not all tools tha spyware do an This Executive examines succ strategies agair and evaluates t products.
Download now

WEBCAST



Control the E
Less than 2 p users typically 45 percent of storage. Lear monitoring the snarl-ups can down and pro Click to atten

Subject:

Your user name (what other users will see on the review):

Your real name (for our records only):

Your e-mail (ditto):

Your comments (Use a blank line to separate paragraphs):

Submit

### VENDOR SOLUTIONS

**White Papers**

True costs of misdirected and undeliverable spam.
- Ironport

Why Centralizing Microsoft Servers Hurts Performance

- Juniper Networks

Is Your Network Ready for the Broadband Revolution?
- Meriton

More...

**Special Report**

**Corporate Networks in Transition - Cie Corporation**
This Special Report will outline the factors both driving and enabling the enterprise V transition from being a cost center to bein enabler.

### SPONSORED LINKS

**Questions? Get Answers**
Unlimited surveys & responses give you the freedom to ask. Free Trial

**Venice Consulting Group**
Software+Consulting - Portals, Custom Dev, CMS, CRM, Outsourced Svcs.

**Powerful VoIP Solutions**
Boost Business Efficiency & Reduce Telecom Costs with Covad Now!

Finding the Right Cooling and Power Solutions for VoIP- **Emerson**

NW Special Report: Industrial Ethernet- **N-TRON**

Lessons Learned from Large Databases- **Oracle**

Accelerate application performance without costly

Optimize your WAN, save cash, and simplify your life: Case studies from the real world. Attend webcast now.- **Riverbed**

Security & Reliability for 25% less cost than the leading competitor.- **Nortel**

Is your network secure? Get the Juniper Networks Layered Security white paper.- **Juniper Networks**

Converged Networks: Management Matters More Than Ever - New Webcast!- **Lucent Technologies**

Microsoft Free Security Tools & Updates- **Microsc**

Microsoft Windows Server delivers a lower TCO.- **Microsoft**

New Webcast! Continuous data protection saves y business from disaster. View today.- **XOSoft**

Networks being tuned to play in complex global applications. View webcast today!- **Cisco**

New Webcast! Choose WAN acceleration product improve application performance for all users.- **Orl Data**

### FREE SUBSCRIPTION TO NETWORK WORLD

**Receive the latest Network IT news and information!**
Sign up today for 50 FREE weekly issues of Network World.

First Name

Last Name

E-mail

Zip Code

**Research Centers: Applications** | Application Development | Applications-Standards | Applications Vendor Solutions | Collabc CRM / ERP | Databases | Directories | Grid Computing | Java | Messaging | .Net | RFID | SOAP | Web Services | XML | **Converg VoIP** | Convergence Regulatory | Convergence Services | Convergence Standards | Convergence VoIP Vendor Solutions | Video SIP | VoIP | VoIP Services | **E-Business** | DNS | RFID | Supply Chain | Web security **LANs & Routers** | Acceleration | Gigabit Lans-Standards | Routers | Wireless LANs | **Network Management** | Application Management | Desktop Management | Manaç Patch Management | **Operating Systems** | Linux | NetWare | Unix | Windows **Outsourcing** | Managed Services | Offshoring S Firewalls - VPN - Intrusion | Identity management | Patch Management | Microsoft Security | Privacy | Security Standards | Spai | Viruses & worms | Web Security | Wireless Security | **Servers & Desktop** | Backup-Recovery | DataCenter | Desktops | Deskt Management | Grid | Servers | Server Blades | Servers Desktops | Utility Computing | **Small & Medium Business** | Broadband Handhelds & PDAs | Home Networking | Security | **Storage** | Compliance | Infiniband | Network-Attached Storage | SANs | Stoi Management | Storage Virtualization | Virtualization | **Vendor News** | Bankruptcy | Earnings | Lawsuits | Layoffs | Standards | **Vendor Markets** | Education | Financial | Healthcare | HIPAA | Manufacturing | Retail | **Wide Area Network** | Broadband | C

Frame Relay | Metro Ethernet | MPLS | Service providers | Wireless services | **Wireless & Mobile** | Wireless LANs | PDAs & har
Wireless Security | Wireless Services | Wireless Standards | Wireless Switches | **All Company Profiles**

Contact Us | Terms of Service/Privacy | Media Guide | Reprints and links | Partnerships | Subscribe to NV
About Network World, Inc.

Copyright, 1994-2006 Network World, Inc. All rights reserved.

Web design by Network World in alliance with Ceonex Web Development

**IDG Network:**  Computerworld  CSO  Darwin  Demo  GamePro  GameStar.com  GamerHelp.com  Infoworld
IT Careers  IT World Canada  JavaWorld.com  LinuxWorld  Macworld  MacCentral.com  Outsourcing World  PC World  Playlistma