# EXHIBIT A

# American Registry for Internet Numbers

## Announcements

RSS Feed

- **Mon, 19 Jun 2006** New Routing Registry Server Available
- **Fri, 09 Jun 2006** Independent RFC Submissions Process - Mail List Discussion Underway
- **Mon, 05 Jun 2006** Policy Implementation Schedule
- **Thu, 18 May 2006** Changes to ARIN's Ticketing System
- **Wed, 17 May 2006** NRO Represented in Internet Governance Forum Advisory Group
- **Thu, 04 May 2006** ASO AC Selection of ICANN Board Member
- **Mon, 17 Apr 2006** ARIN XVII Policy Proposals - AC Meeting Results

**Previous Announcements**

## Site Navigation

- Registration Services - Request and manage number resources; Guidelines; Templates; Routing Registry Templates Guidelines
- Policies - Policy proposals, manual, and archives Internet Resource Policy Evaluation Process Number Resource Policy Manual

- International Community - Information about other RIRs, Internet community organizations; Number Resource Organization (NRO)
- Billing - Service fee information and online payment forms Fee Schedule Update Billing POC

- Meetings - Meeting and sponsorship information; ARIN, Board, and Advisory Council meeting minutes ARIN XVII Report
- Membership - Membership information and benefits, listing of current members

- Education - Tutorials; Process flowcharts; FAQs
- About Us - History, mission, and structure of ARIN; media information; job postings Media Information Job Opportunities

Search WHOIS | Need WHOIS help?

- Network Abuse
- Contact Us
- Mailing Lists
- Site Map
- Statistics
- Reference Documents

Search ARIN.NET     Advanced Search  Search Tips

# ARIN is a member of the *Number Resource Organization.*

NRO News from http://www.nro.net

- **May 17, 2006** NRO Represented in Internet Governance Forum Advisory Group
- **May 4, 2006** ASO AC Selection of ICANN Board Member
- **April 7, 2006** ASO Candidates for ICANN Board Announced: Open Call for Statements of Support

Privacy Statement
Standards Compliance

*Copyright © 2006 American Registry for Internet Numbers. All Rights Reserved.*



## Mission Statement

Applying the principles of stewardship, ARIN, a nonprofit corporation, allocates Internet Protocol resources; develops consensus-based policies; and facilitates the advancement of the Internet through information and educational outreach.