UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUTERA & ANDREWS,                        )<br>                                                         )<br>            Plaintiff,                         )<br>                                                         )<br>                                                         )<br>    v.                                                )<br>                                                         )<br>                                                         )<br>INTERNATIONAL BUSINESS        )<br>MACHINES CORPORATION, et al.,  )<br>                                                         )<br>            Defendants.                    )<br>                                                         ) | Civil Action No. 06-647 (RBW) |

## ORDER

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that IBM's motion to dismiss the action against it for failure to state a claim upon which relief may be granted is GRANTED.  The plaintiff's action against IBM is dismissed without prejudice.  It is further

**ORDERED** that the plaintiff's motion for limited expedited discovery is DENIED.  It is further

**ORDERED** that a status conference in this matter shall be held on December 20, 2006, at 9:30 a.m., to assess what progress, if any, the plaintiff has made or intends to make in prosecuting this action against the John Doe defendant.

**SO ORDERED** this 18th day of October, 2006.

                                                                       REGGIE B. WALTON
                                                                       United States District Judge