UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUTERA & ANDREWS, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 06-647 (RBW) |
| JOHN DOE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the Court's oral orders issued at the status conference held on December 20, 2006, it is hereby

**ORDERED** that the plaintiff shall identify and serve the John Doe defendant by January 19, 2007. It is further

**ORDERED** that a status conference in this matter shall be held on February 9, 2007, at 9:00 a.m.

**SO ORDERED** this 20th day of December, 2006.

REGGIE B. WALTON
United States District Judge