UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BUTERA & ANDREWS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 06-647 (RBW) |
| JOHN DOE, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

On December 20, 2006, the Court ordered the plaintiff to identify and serve the John Doe defendant in this case by January 19, 2007. The plaintiff has not done so. However, at the status conference held on February 9, 2007, the plaintiff represented that it continues to make efforts to identify and serve the John Doe defendant. Therefore, in accordance with the Court's oral orders issued at the February 9, 2007 status conference, it is hereby

**ORDERED** that a status conference shall be held in this matter on May 11, 2007, at 9:00 a.m. If the plaintiff has not made reasonable progress toward the identification and service of the John Doe defendant by this date, the Court will consider dismissing this action without prejudice. It is further

**ORDERED** that this case is ADMINISTRATIVELY CLOSED until such time as the John Doe defendant is identified and served, or until this case is dismissed or otherwise resolved.

**SO ORDERED** this 12th day of February, 2007.

                                                        REGGIE B. WALTON
                                                      United States District Judge